# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| SONIA BARNES | : | NO. 17-594 |

## ORDER

**NOW**, this 2nd day of October, 2018, upon consideration of the government's Motion to Dismiss Count Three of the Indictment, it is **ORDERED** that the motion is **GRANTED** and that Count Three of the indictment is **DISMISSED**.

_____
TIMOTHY J. SAVAGE